UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRENDA LEE ELAND,

    Plaintiff,

v.                                                       Case No. 2:09-cv-227
                                                      HON. R. ALLAN EDGAR

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

        Plaintiff Brenda Lee Eland brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial of a final administrative decision of the Commissioner of Social Security. On April 29, 2010, Magistrate Judge Timothy P. Greeley submitted his report and recommendation that the plaintiff's complaint be dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute. [Doc. No. 12]. Plaintiff has not timely filed an objection to the report and recommendation. After reviewing the record, the Court accepts and adopts the report and recommendation under 28 U.S.C. § 636(b)(1). The plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

        SO ORDERED.

        ENTERED May 25, 2010.

                                                          /s/ R. Allan Edgar
                                                       R. ALLAN EDGAR
                                           UNITED STATES DISTRICT JUDGE